**Fill in this information to identify the case:**

Debtor 1  Richard Dale Gleason

Debtor 2  _____
    (Spouse, if filing)

United States Bankruptcy Court for the Western District of Louisiana
    (State)

Case number:  18-11397

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court Claim No.** (if known): 1

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX0811

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☐ No
☒ Yes.  Date of last notice:  12/03/2018

## Part 1:  Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses.  Specify:_____ | | (10) | $0.00 |
| 11. | Other: Plan Review | 09/28/2018 | (11) | $150.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Richard | Dale | Gleason | Case number | 18-11397 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/L. Claire Mayer*
   Signature

Date: January 14, 2019

**Print:** L. Claire Mayer
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Attorney Bar Roll Number: 31837

Company: Shapiro & Daigrepont, L.L.C.

Address: 3510 N. Causeway Blvd., Suite #600
Number    Street

Metairie, LA 70002
City    State    ZIP Code

Contact phone: (504)831-7726

Email: cmayer@logs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

>Robert W. Raley
>bankruptcy@robertraleylaw.com
>
>John W. Luster
>luster_jbr@bellsouth.net
>
>U.S. Trustee
>USTPRegion05.SH.ECF@usdoj.gov

and on the following by ordinary U.S. Mail addressed to:

>Richard Dale Gleason
>2511 Palmetto Drive
>Bossier City, LA 71111

BY: _/s/L. Claire Mayer_
L. Claire Mayer

LOGS                          **The invoice was re-printed on 11/06/2018**

| Bill To | | | |
|---|---|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX, 75019 | | | |

| Invoice # | Bil.Group | Client ID | Invoice Date |
|---|---|---|---|
|  | B02 | CXE | 09/28/2018 |
| **Client Loan #** | | **Loan Type** | **Case File #** |
|  | | FHA | 18-020549 |
| **Mortgagor** | | **Investor #** | **Investor** |
| Gleason, Curtis and | |  | EVERBANK |

| Remit To |
|---|
| Shapiro & Daigrepont, LLC<br>PO BOX 775426<br>CHICAGO, IL 60677-5426 |

| Property Address | |
|---|---|
| 2511 Palmetto Drive<br>Bossier City, LA, 71111 | |
| **Services Rendered By** | **Location** |
| LA - Shapiro & Daigrepont, LLC<br>3510 N. Causeway Blvd.<br>Suite #600<br>Metairie, LA, 70002 | LA |

| Client Reference | Vendor ID | Payment ID | Vendor TIN | Vendor Phone | Prepared By |
|---|---|---|---|---|---|
| N/A | N/A | N/A |  |  |  |

<< BANKRUPTCY INVOICE >>

| Code | Client Code | Service Date | Description | Itemization | Amount |
|---|---|---|---|---|---|
| 0441 |  | 09/28/2018 | **FEE ITEMIZATION**<br>  ATTORNEY FEE - BK PLAN REVIEW (REC, ELIG) (1) | 150.00 |  |
|  |  |  | **TOTAL OF ALL FEES** |  | 150.00 |
|  |  |  | **TOTAL OF ALL COSTS, FEES** |  | 150.00 |
|  |  | 10/17/2018 | CLIENT PAYMENT RECEIVED - CHECK #: |  | -150.00 |

Invoice type: Bankruptcy Services Standard;
Please attach a copy of this invoice with your payment to ensure proper credit for this loan.

**Page 01**                                         **Amount Due**     0.00